UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC<br>CONTROLLERS ASSOCIATION,<br>AFL-CIO<br>1325 Massachusetts Avenue, N.W.<br>Washington, D.C. 20005<br><br>       Plaintiff,<br><br>       v.<br><br>FEDERAL AVIATION<br>ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Room 1010<br>Washington, D.C. 20591<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No.   1:06CV00053<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Notice is hereby given that the Plaintiff, National Air Traffic Controllers Association, AFL-CIO, files with the Court the following address information for the parties: National Air Traffic Controllers, AFL-CIO, 1325 Massachusetts Avenue, N.W., Washington, D.C. 20005, and Federal Aviation Administration, 800 Independence Avenue, S.W., Room 1010, Washington, D.C. 20591. The addresses of the parties were omitted from the caption in the original complaint.

                                                      Respectfully submitted,

                                                      Marguerite L. Graf (D.C. Bar No. 455693)
                                                      Attorney for Plaintiff
                                                      National Air Traffic Controllers Association
                                                      1325 Massachusetts Avenue, N.W.
                                                      Washington, D.C. 20005
                                                      Phone: (202) 628-5451
                                                      Fax: (202) 628-5767

Dated: January 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Notice of Filing was served on January 13, 2006, by first-class mail, postage prepaid, upon the following:

> Federal Aviation Administration
> 800 Independence Avenue, S.W.
> Room 1010
> Washington, D.C. 20591

**RESPECTFULLY SUBMITTED,**

By: *[signature]*
Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

Dated: January 13, 2006