UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO<br>1325 Massachusetts Avenue, N.W.<br>Washington, D.C. 20005<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Room 1010<br>Washington, D.C. 20591<br><br>    Defendant. | Civil Case No.    1:06CV00053 |

## PROOF OF SERVICE

Pursuant to Local Civil Rule 5.3, Plaintiff, National Air Traffic Controllers Association, AFL-CIO, hereby provides that proof of service of the complaint and summons were properly served by certified mail upon the Defendant, Federal Aviation Administration, on January 20, 2006, and upon the U.S. Attorney General's Office and the U.S. Attorney's Office for the District of Columbia on January 25, 2006.

Respectfully submitted,

Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

Dated: February 13, 2006