UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) Civil Action No. 06-00053 (EGS) |
| **FEDERAL AVIATION ADMINISTRATION** | ) ) ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the Defendant, Federal Aviation Administration (FAA) in the above-captioned case.

Respectfully submitted,

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February 2006, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Marguerite L. Graf**, via Electronic Case Filing (ECF).

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334