UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, </br></br> Plaintiff, </br></br> v. </br></br> FEDERAL AVIATION ADMINISTRATION, </br></br> Defendant. | ) ) ) ) ) Civ. Act. No. 06-0053 (EGS) ) ) ) ) ) ) ) ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT.**

The Federal Aviation Administration (FAA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a sixty (60) day extension of time until April 28, 2006, within which to answer, move, or otherwise plead to plaintiff's Complaint in the aforementioned action.  The FAA's pleading is currently due on February 27, 2006.  Granting this motion will not require the rescheduling of any other dates.  Plaintiff, through counsel, does not consent to (60) sixty-days but will consent to a (30) thirty- day extension of time.

Plaintiff filed this action pursuant to the Freedom of Information (FOIA), 5 U.S.C. § 552, *et seq.*, and Privacy Act, 5 U.S.C. § 552a, *et seq.,* (PA).  Plaintiff is seeking production of data concerning a two-month audit investigation of the New York Terminal Radar Approach Control (TRACON) facility.  The information sought by Plaintiff includes requests for information pertaining to FAA employees or contractors who participated in this audit investigation; the rationale for conducting the audit; costs; and internal correspondence relating to this audit.

Defendant is requesting the additional time to provide the documents requested, prepare the necessary Vaughn index detailing the specifics of the FAA's search as well as the justification for any claimed exemptions and to prepare the necessary dispositive motion. Based upon the concerns of Plaintiff, Defendant suggests providing a progress report within 30 days, March 29, 2006, to update the Court and the Plaintiff on the progress in releasing the documents.

In addition, this request is being made due to the fact that undersigned counsel has pressing commitments on several matters, including preparation for trial in George v. Johnson, Civ. Act. No. 01-0654 (JR), which is scheduled to begin on February 27, 2006. This request is being made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334