IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO<br><br>      Plaintiff,<br>v.<br><br>FEDERAL AVIATION ADMIN.,<br><br>      Defendant. | Civil Action No. 06-0053 (EGS)<br>(Electronic Filing) |

## ANSWER

Now comes the defendant, Federal Aviation Administration (FAA), by and through Counsel, and hereby answers the plaintiff, National Air Traffic Controllers Association's, (NATCA) complaint as follows:

### AFFIRMATIVE DEFENSES

#### First Defense

Plaintiff has failed to state a claim upon which relief may be granted.

#### Second Defense

The Court lacks subject matter jurisdiction.

#### Third Defense

Answering specifically the numbered paragraphs of plaintiff's complaint, defendant admits, denies, or otherwise avers as follows:

1. The allegations contained in paragraph 1 of the plaintiff's complaint constitutes its characterization of the legal basis for this action to which no answer is required. To the extent

that an answer is required, admit only that as of the drafting of the complaint, the FAA had not yet provided records to the plaintiff. The FAA denies that it has determined to withhold all records and states that it is currently processing plaintiff's Freedom Of Information Act (FOIA) request as expeditiously as possible.

2. The allegations contained in paragraph 2 of the plaintiff's complaint constitutes his characterization of the legal basis for this action to which no answer is required.

3. The FAA denies the allegations contained in paragraph 3 of the plaintiff's complaint to the extent that the NATCA is not the bargaining agent for supervisory air traffic controllers, but otherwise admits the allegations contained in paragraph 3.

4. The FAA denies that it necessarily has all of the records to which plaintiff seeks access but admits the remaining allegations contained in paragraph 4 of the plaintiff's complaint.

5. The FAA denies that the Overview consisted only of a 60-day on-site investigation; that the overview focused only on operational errors and safety problems and that the audit included interviews with contractors throughout the country, but admits the remaining allegations contained in paragraph 5 of plaintiff's complaint.

6. The FAA admits that NATCA's FOIA request was dated August 10, 2005, and that it requested the information stated in paragraph 6 of plaintiff's complaint. the FAA further submits that NATCA's FOIA request speaks for itself.

7 - 11. The FAA admits the allegations contained in paragraph 7, 8, 9, 10 and 11 of plaintiff's complaint.

12. The FAA admits the first sentence of paragraph 12 of plaintiff's complaint but denies that it has no intention of releasing the records having released the first portion on March 28, 2006.

13. The FAA admits that the FOIA statute provides 20 working days to respond to FOIA requests, that more than 20 days have passed since the FAA received NATCA's request, that there is no issue with respect to the exhaustion of administrative remedies but denies any and all remaining allegations contained in paragraph 13 of plaintiff's complaint.

14. The FAA admits only that NATCA has a statutory right under the FOIA to responsive records, but only as long as they do not fall within one or more of the statutory exemptions or are otherwise protected by law, and denies any and all remaining allegations of paragraph 14 of the plaintiff's complaint.

The remainder of the Complaint is plaintiff's prayer for relief and requires no response. To the extent that an answer is required, it is denied.

All allegations not expressly admitted are denied.

WHEREFORE, having fully answered the complaint, defendant requests the Court to enter judgment in its favor and grant such other relief as may be appropriate.

Respectfully Submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH C. CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Of counsel:

Sheila A. Skojec
Senior Attorney, Litigation Division
Federal Aviation Administration
600 Independence Ave., S.W.
2nd Floor, AGC-430
Washington, DC 20591
Telephone: (202) 385-8228