IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC <br> CONTROLLERS ASSOCIATION <br> AFL-CIO <br><br> Plaintiff, <br> v. <br><br> FEDERAL AVIATION <br> ADMINISTRATION <br><br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0053 (EGS) <br> )              ECF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### Proposed Briefing Schedule

Plaintiff filed the aforementioned action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, requesting the Federal Aviation Administration (FAA) to produce certain records relating to the New York Terminal Radar Approach Control Operational Assessment Overview (NY Tracon Overview). Defendant released the first installment of responsive records on March 28, 2006, and anticipates making a final release by no later than April 28, 2006. The FAA is currently processing plaintiff's FOIA request as expeditiously as possible.

Regarding the particular records at issue, they are not in a central location. Instead, it has been necessary to search for the records in multiple offices around the country, which is an extremely time-consuming process. As a result, the national office of the FAA in Washington D.C., is still in the process of collecting, reviewing, and redacting the records as necessary. To the extent that exemptions are claimed on the second and final release, defendant desires to file a

<u>Vaughn</u> index and motion for summary judgment.[1] To that end, defendant proposes the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | May 26, 2006; |
| Plaintiff's Opposition | June 26, 2006; and |
| Defendant's Reply | July 11, 2006. |

The plaintiff consents to the proposed dates as set forth above.

Dated: March 31, 2006.

                              Respectfully submitted,

                              /s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                              /s/

RUDOLPH CONTRERAS
Assistant United States Attorney

                              /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

---

[1] No exemptions were claimed on the first release, which was made on March 28, 2006.