UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) Civ. Act. No. 06-0053 (EGS) ) |
| v. | ) ) |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT.**

The Federal Aviation Administration (FAA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a seven (7) day extension of time until June 9, 2006, within which to answer, move, or otherwise plead to plaintiff's Complaint in the aforementioned action.  The FAA's pleading is currently due on June 2, 2006. Plaintiff consents to the enlargement requested in this motion.

Plaintiff filed this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, et seq., and Privacy Act (PA), 5 U.S.C. § 552a, et seq.  Plaintiff is seeking production of data concerning a two-month audit investigation of the New York Terminal Radar Approach Control (TRACON) facility.  The information sought by Plaintiff includes requests for information pertaining to FAA employees or contractors who participated in this audit investigation; the rationale for conducting the audit; costs; and internal correspondence relating to this audit.

Defendant has provided Plaintiff with the documents requested and prepared a draft

Vaughn index identifying the documents and detailing the justification for claimed exemptions. The Vaughn index has been provided to the Plaintiff. Due to the intervening holiday and the availability of counsel, the parties were not able to confer until today's date, June 1, 2006. The parties have come to an agreement as to the documents that are not in contention. Accordingly, in order to revise the Vaughn index and to justify the remaining exemptions, the Defendant is seeking an extension of its dispositive motion deadline until June 9, 2006. This request is being made for good cause shown and not to cause undue delay of the proceedings.

To this end, Defendant proposes the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | June 9, 2006; |
| Plaintiff's Opposition | July 14, 2006; and |
| Defendant's Reply | July 27, 2006. |

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.

Washington, D.C. 20530
(202) 305-1334