## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL AIR TRAFFIC
CONTROLLERS ASSOCIATION,
AFL-CIO,

          Plaintiff,

  -vs-                    **Case No. 1:06CV00053-EGS**

FEDERAL AVIATION
ADMINISTRATION,

          Defendant.
_____/

### DECLARATION OF MELANIE YOHE

I, Melanie Yohe, declare and state the following:

1. I am a Freedom of Information (FOIA) Management Specialist with the Federal Aviation Administration's (FAA's) Freedom of Information Act Staff (ARC-40) in Washington, DC. I have held this position for 2 years and 5 months, and have been employed by the FAA in various other positions since 1991.

3. As a FOIA Management Specialist with the FAA's FOIA staff, my duties include participating in the development of FOIA policies, providing FAA FOIA policy and procedural guidance, training the headquarters and regional FOIA coordinators, assisting program offices in preparing their FOIA responses, and evaluating and responding to certain types of FOIA appeals and requests. I, along with another FOIA Management Specialist, conduct the day-to-day operations of ARC-40.

4. I base my statements in this declaration on my review of records in my office, my own personal knowledge, and knowledge I have acquired through performing my official duties.

5. On August 10, 2005, the National Air Traffic Controllers Association (NATCA) submitted a request under the FOIA for records relating to the FAA's New York TRACON Assessment, which culminated in a report issued on June 2, 2005.

6. I was involved in coordinating the collection of records for the instant FOIA request. The FAA maintains paper and electronic files concerning particular projects, employees, and contractors. I have learned, through my official duties, the following: (1) the search terms our employees used to search through the paper and electronic files included, but were not limited to, the following, singly or in combination: "N90," "New York TRACON," "Assessment," "Overview"; (2) depending on the particular information requested by NATCA, our employees searched by name for personnel and other information concerning employees, as well as by name for information concerning contractors involved in the assessment; and (3) the offices we searched were those involved in the Assessment, including the following: that of the Administrator, the Deputy Administrator, the Chief of Staff, the Administrator's speechwriter, Public Affairs, the Chief Counsel, the Air Traffic Organization, Civil Aviation Security, Government & Industry Affairs, Human Resources, and Aviation Medical. We searched all files reasonably expected to contain the requested records.

7. Our search uncovered approximately five boxes of records. It is agency policy and practice to maximize disclosure in response to FOIA requests. The agency released much of the material to NATCA in full, and has redacted or withheld the minimum amount possible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____8th_____ day of ___June___, 2006, at Washington, DC.

_Melanie Yohe_

Melanie Yohe
Freedom of Information Act
Management Specialist, ARC-40