<u>NATCA v. FAA</u>, CIVIL CASE No. 1:06CV00053 (D.D.C.)

<u>VAUGHN INDEX</u>

This index describes the documents at issue in the above-referenced case and identifies the exemptions claimed.  The agency claims that Exemptions 4, 5, or 6, singly or in combination, permit the redaction or withholding of each document described in the table beginning on page 2 below.

<u>Summary of Exemptions and Documents to Which They Apply</u>

**Exemption 4 – Commercial Information.**  Exemption 4 applies to "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential."  Under this exemption, the FAA has redacted from a contractor's reports the names of the contractor's employees and subcontractors.  The FAA has also redacted, from the contract between the FAA and the contractor, each contractor employees' hourly rate as well as each employees' overall cost.  If released, this information could provide competitors the opportunity to hire away the contractor's staff and to underbid it, harming the contractor's competitive position.  Therefore, these names are protected under Exemption 4.

*Document Numbers:*  1-5, 216

**Exemption 5 – Inter- and Intra-Agency Communications Not Available to Party in Litigation with Agency.**  Exemption 5 protects "inter-agency or intra-agency memorandums or letters which would not be available by law to a party … in litigation with the agency."  Included within Exemption 5 are documents protected by the deliberative process privilege.

　　**Deliberative Process Privilege.**  One purpose of the deliberative process privilege is to promote good agency decisionmaking by encouraging "open, frank discussions" between government employees.  Another is to protect against public confusion that might result from disclosure of matters that were not ultimately the basis for agency action.  Factual matters are not ordinarily exempt, but may be so if they reflect the agency's deliberative process.  Drafts are especially likely to be exempt under the deliberative process privilege; the evolution of a draft into a final document can reveal the deliberative process at work.

　　The FAA has redacted from the documents below or withheld matters that reveal the agency's deliberative process, including draft documents and preliminary data that could cause confusion if released to the public.

*Document Numbers:* 6, 8, 11-15, 18-20, 23, 25-26, 29-30, 46, 49, 55-100, 102-189, 193-214

**Exemption 6 – Personal Privacy.**  Exemption 6 protects all information about individuals in personnel and medical files and similar files when the disclosure would constitute a clearly unwarranted invasion of personal privacy.  Such protection ordinarily extends to the names of mid- and low-level employees accused of misconduct, as well as details and results of internal investigations.  To protect personal privacy interests, the agency has redacted such matters as:  controller medical information, information that would identify controllers by the type of leave taken (sick, overtime, etc.), names of controllers who allegedly engaged in conduct that could lead to disciplinary action, names of controllers who were only alleged to suspected of having committed operational errors, employee personal e-mail addresses and telephone numbers, and employee computer user identification numbers.

*Document Numbers:*  19, 30

| Doc. | Description | Exemption Claimed | Justification |
|---|---|---|---|
| 1-5 | FAA Contractor Crown Consulting's Reports: (1) "Analysis of NATCA Official Time for N90" (5/6/05); (2) "Analyze N90 Time-On-Position Final Report" (6/3/05); (3) "Analyze N90 Staffing Profile Final Report" (6/28/05); (4) "Analyze N90 OWCP Claims" (5/6/05); and (5) "N90 Staffing Standards Final Report" (8/4/05). | 4 | Redacted names of contractor employees and subcontractors.  Names could provide competitors the opportunity to hire away staff, harming Crown's competitive position. |
| 6 | E-mail from FAA employee Greg Martin to FAA employees Arlene Salac and Jim Peters of 5/31/05 with subject "Tomorrow" and attachment. | 5 | Redacted portion of e-mail and withheld attachment, material that reveals employee's recommendations re how to proceed re assessment project. Deliberative. |
| 7 | Not at issue. | | |
| 8 | E-mail chain beginning with e-mail from FAA contractor Peter Trapp to FAA official Jim Fossey of 5/5/05. | 5 | Redacted portion of e-mail that reveals FAA employees' thoughts on and deliberations concerning draft report. Deliberative. |
| 9 | Not at issue. | | |
| 10 | Not at issue. | | |
| 11 | E-mail of 5/20/05 from FAA employee Mark House to | 5 | E-mail released in full.  Attached file |

| | | | |
|---|---|---|---|
| | FAA contractor Peter Trapp.  Subject is "Package."  One file with two tabs attached. | | withheld as pre-decisional, deliberative material that discusses what changes should be made in the draft report. Deliberative. |
| 12 | Continuation of e-mail exchange in Doc. 11 above.  E-mail of 5/23/05 with subject "N90" from FAA employee Mark House to FAA official Bill Davis, forwarding e-mail in Doc. No. 11.  Bill Davis forwarded the e-mail string to FAA employees Jim Fossey and Karen Burcham on 5/24/05. | 5 | E-mail of 5/23/05 from FAA employee Mark House to FAA official Bill Davis redacted because it contains preliminary data and expresses opinions concerning the draft N90 report.  Attached file, same as the one attached to Doc. 11, is withheld for the same reasons as stated in the cell above. |
| 13 | E-mail of 6/7/05 from FAA contractor Peter Trapp to FAA Chief of Staff David Mandell.  Subject is "N90 – Summaries of Independent Reports."  Attached are 1-page files containing summaries of the reports. | 5 | One sentence redacted from e-mail because it expresses opinions concerning the reports.  Summaries withheld in full because they reflect internal discussions and assessments regarding the reports. Deliberative. |
| 14 | E-mail of 5/16/05 from FAA employee Joe Schanne to FAA officials Bill Davis & Jim Fossey with subject "IMPORTANT: Safety Culture @ N90." | 5 | Redacted four sentences of material containing suggestions and opinions. Deliberative. |
| 15 | E-mail chain ending with e-mail from Bill Davis to Jim Fossey dated March 30, 2005, with subject "Re:  N90 Assessment." | 5 | Redacted six "potential items for the report."  Deliberative. |
| 16-17 | Not at issue. | | |
| 18 | E-mail of 5/3/05 from employee Randy McGuire of FAA contractor MITRE to FAA official Jim Fossey.  Subject is blank. Powerpoint file marked "Controlled distribution" and entitled "N90 vs SCT Traffic Complexity" is attached. | 5 | E-mail redacted to exclude FAA contractor's interim analysis.  Powerpoint presentation withheld in full. Deliberative. |
| 19 | E-mail of 4/28/05 from FAA employee Art Sheffield to FAA official Jim Fossey and another FAA employee. Subject is "6 day charts."  Attached is file containing 6 day charts. | 5, 6 | Redacted FAA employees' personal e-mail addresses.  Privacy.  Charts are withheld because they were preliminary and contain incomplete data that could |

| | | | mislead the public. Deliberative. |
|---|---|---|---|
| 20 | E-mail chain ending with e-mail of 4/26/05 from FAA employee Jeff Clark to FAA employee Diane Crean and other FAA employees. Subject is "Re: April 23 JFK Spacing on final." | 5 | Redacted employee's opinions regarding problems at the air traffic facility. Deliberative. |
| 21-22 | Not at issue. | | |
| 23 | Charts entitled "N90 Severity Index," "N90 Errors Per Area," "N90 Error Types," and "N90 Staffing Level." | 5 | Charts withheld in full because they were preliminary and contain incomplete data that could mislead the public. Deliberative. |
| 24 | Not at issue. | | |
| 25 | E-mail from Lisa Simonds to Karen Burcham dated May 1, 2005, with subject "Revised FACT Chart," and attaching chart. | 5 | Chart withheld in full because it was preliminary and could mislead the public. Deliberative. |
| 26 | E-mail chain ending with e-mail of 5/18/05 from FAA employee Karen Heine to FAA contractor Peter Trapp and FAA employees. Subject is "Re: TRACON Overtime Questions." Spreadsheet entitled "N90 FY04 CUPS.OT.xls" attached. | 5 | Redacted employee opinions re and analysis of figures, issues, and strategies. Redacted contractor's preliminary data, explanation, and results. Spreadsheet withheld because preliminary and could mislead the public. Deliberative. |
| 27-28 | Not at issue. | | |
| 29 | E-mail of 5/12/05 from FAA employee Mark Olsen to FAA employee Karen Burcham. Subject is "Error Rate Chart." Chart is attached. | 5 | Chart withheld because preliminary and could mislead the public. Deliberative. |
| 30 | E-mail chain ending in e-mail of 4/26/05 from FAA official Bill Davis to DOT official Kim Cardosi. Subject is "RE: N90 assessment of OE per Bill/Russ." File entitled "N90-OEstats.doc" attached. | 5, 6 | Redacted portions of the e-mail expressing department employee opinions regarding the data and the assessment. Also redacted home telephone number and cell phone number of employee. |
| 31-45 | Not at issue. | | |
| 46 | E-mail exchange of 6/1/05 between FAA official Greg Martin and OIG official Brian Dettelbach. Subject is "NY TRACON." | 5 | Redacted two lines, concerning which the OIG (Office of the Inspector General) claims the deliberative process exemption |

| | | | |
|---|---|---|---|
| | | | applies.  Declaration from OIG provided. |
| 47-48 | Not at issue. | | |
| 49 | Charts entitled, "N90 Staffing Level," "N90 Error Types," "N90 Severity Index," and "N90 Errors Per Area." | 5 | Charts are withheld because they were preliminary and contain incomplete data that never made it into the report and could mislead the public.  Deliberative. |
| 50-54 | Not at issue. | | |
| 55-98 | Draft NY TRACON Operational Assessment Reports. | 5 | Deliberative. |
| 99 | Powerpoint presentation – first page reads, "N90 Operational Errors February 28, 2005, Bruce Johnson, Vice President, ATO-Terminal, March 8, 2005." | 5 | Draft.  Deliberative. |
| 100 | E-mail of 6/22/05 from FAA contractor Peter Trapp to FAA official Jim Fossey.  Subject is "DRAFT ** Potential List of Responses on N90 Report.  Attached is document containing draft responses. | 5 | E-mail released, but attachment withheld. Draft.  Deliberative. |
| 101 | Not at issue. | | |
| 102-03 | Pages entitled "DRAFT STATEMENT." | 5 | Deliberative. |
| 104 | Page entitled "STATEMENT ATTRIBUTABLE TO A DEPARTMENT OF TRANSPORTATION SPOKESPERSON." | 5 | This document is in same format as Docs. 102-03; this is a draft statement. Deliberative. |
| 105 | Outline of N90 Assessment Report. | 5 | Very preliminary draft.  Deliberative. |
| 106 | Page that begins "Reference the individual graphs …." | 5 | Employee notes on project.  Deliberative. |
| 107 | Document that begins "Scott wants a paragraph …." | 5 | Employee notes on project.   Deliberative. |
| 108 | E-mail of 5/24/05 from FAA employee Ralph Tamburro to FAA contractor Peter Trapp, with subject "peter pellicani's briefing item." | 5 | E-mail released.  Attached unsigned briefing paper indicates it is a draft not only because it is unsigned, but also because space is left to add further information.  Deliberative. |
| 109 | E-mail of 4/24/05 from FAA employee Art Sheffield to FAA employee Karen Burcham.  Subject is blank. | 5 | E-mail contains a small draft portion of report.  Data still preliminary. Deliberative. |
| 110 | Page with one paragraph. It begins, "Controllers at N90 | 5 | Same portion of report as in Doc. 109. |

| | were assigned …." | | Deliberative. |
|---|---|---|---|
| 111 | E-mail of 4/14/05 from FAA employee Karen Burcham to FAA official Jim Fossey.  Subject is "Draft Findings."  Attachment is Draft of Finding #1 and #2. | 5 | Deliberative. |
| 112 | E-mail of 4/20/05 from FAA employee Lisa Simonds to FAA employee Karen Burcham, with subject "N90 Intro." | 5 | Deliberative. |
| 113 | "Secretary's Talking Points – New York TRACON Investigation." | 5 | Draft document.  Deliberative. |
| 114 | Duplicate of Doc. 113. | 5 | Draft document.  Deliberative. |
| 115 | E-mail chain ending with e-mail of 5/2/05 with subject "Re: N90 Media Plan," from FAA Chief of Staff David Mandell to FAA official Greg Martin and copying FAA official Andy Steinberg and other FAA employees.  Attached is draft N90 Media Plan. | 5 | E-mail contains questions and deliberations about attached draft.  Deliberative. |
| 116 | E-mail of 3/24/05 from FAA official Greg Martin to Brian Turmail and Robert Johnson of DOT with subject "TRACON."  Attached is a draft statement. | 5 | Deliberative. |
| 117 | E-mail chain ending with e-mail of 5/2/05 from FAA Chief of Staff David Mandell to FAA official Greg Martin with subject "Re: N90 Media Plan."  Draft Media Plan is attached. | 5 | Deliberative. |
| 118 | "Preliminary Assessment of the NY TRACON – HR Findings." | 5 | Deliberative. |
| 119 | Draft portion of report beginning "During the initial days at the facility …." | 5 | Draft.  Deliberative. |
| 120 | Different version of Doc. 119. | 5 | Draft.  Deliberative. |
| 121 | Early untitled draft of the report. | 5 | Deliberative. |
| 122 | Same as Doc. 121. | 5 | Deliberative. |
| 123 | E-mail of 5/31/05 from FAA official Bill Davis to FAA official Russ Chew.  Subject is "Updated N-90 Memo,"  Attached is a draft copy of a "transmission memorandum." | 5 | Deliberative. |
| 124 | "HR ASSESSMENT and RECOMMENDATIONS NY | 5 | Contains frank comments and input |

| | TRACON." | | concerning problems at the facility from human resources management to upper management. Deliberative. |
|---|---|---|---|
| 125 | Draft Powerpoint presentation with cover page. Entitled, "Air Traffic Organization Safety Operations," and dated July 2005. | 5 | Deliberative. |
| 126 | Draft Powerpoint presentation entitled "Operational Assessment of the New York TRACON January 31st – May 1st 2005." | 5 | Deliberative. |
| 127 | Draft portion of the report – Finding #1. | 5 | Deliberative. |
| 128 | Draft report. | 5 | Deliberative. |
| 129 | Partial draft of report. | 5 | Deliberative. |
| 130 | "New York Tracon (N90) Interim Report," dated March 25, 2005. | 5 | Deliberative. |
| 131-35, 137-38 | Draft portion of report – Finding #1 | 5 | Deliberative. |
| 136 | Draft portion of report – Finding #4. | 5 | Deliberative. |
| 139-41 | Draft Executive Summary for the report. | 5 | Deliberative. |
| 142-47 | Draft reports. | 5 | Deliberative. |
| 148 | E-mail chain involving FAA employees and FAA contractor employee (MITRE) ending with e-mail of 5/4/05 from FAA official Jim Fossey to FAA employees Karen Burcham and Scott Bing. Subject is blank and Powerpoint presentation is attached. | 5 | Initial findings, and discussion and deliberations concerning them. Deliberative. |
| 149 | Draft Powerpoint presentation; cover e-mail of 3/7/05 from FAA official Jim Fossey to FAA official Bill Davis and other FAA employees simply transmitting the draft. | 5 | Deliberative. |
| 150 | "FY05 Projected Pay for N90 Employees." | 5 | Preliminary data for draft report. Deliberative. |
| 151 | Draft chart entitled "N90 Chart" with cover e-mail of 5/5/05 from FAA employee Jeffrey Loague to FAA employee Karen Burcham. Cover e-mail simply transmits | 5 | Preliminary data for draft report. Deliberative. |

| | the chart. | | |
|---|---|---|---|
| 152 | Cover e-mail of 4/27/05 from FAA employee Lisa Simonds to FAA employee Karen Burcham.  Subject is "Charts and Other Stuff." Attached are two files containing preliminary charts. | 5 | Preliminary data for draft report. Deliberative. |
| 153 | Cover e-mail of 5/2/05 from Lisa Simonds to Karen Burcham with subject "charts."  Attached is file with pie charts. | 5 | Preliminary data for draft report. Deliberative. |
| 154 | Cover e-mail of 5/2/05 from Lisa Simonds to Karen Burcham with subject "Source Documents."  Attached is file with source document for last chart. | 5 | Preliminary data for draft report. Deliberative. |
| 155 | Cover e-mail of 5/3/05 from Lisa Simonds to Karen Burcham dated May 3, 2005, with subject "Revised charts."  Attached is file with charts. | 5 | Revised, but nevertheless still draft data. Deliberative. |
| 156 | Cover e-mail of 4/30/05 from FAA employee Art Sheffield to FAA official Jim Fossey and other FAA employees or contractors with subject "6 Day Chart." Attached is chart. | 5 | Preliminary data for draft report. Deliberative. |
| 157 | Cover e-mail from Tony Mello forwarded on April 22, 2005, by Bill Davis to Kim Cardosi at DOT.  Subject is "Fw: N90 assessment of OE per Bill/Russ." Attached is draft report entitled "N90 Report of Investigation January – March 2005." | 5 | Draft offered for inclusion into report. Deliberative. |
| 158 | Same as Doc. 11. | 5 | E-mail released in full.  Attached file titled "Package" withheld as pre-decisional, deliberative material that discusses what changes should be made in the work-in-progress.  Deliberative. |
| 159 | Draft Appendix 5 to the report. | 5 | Deliberative. |
| 160 | Draft chart entitled "Impact of FACT Numbers on Resource Management." | 5 | Preliminary data; draft portion of report. Deliberative. |
| 161 | Draft portion of report. | 5 | Deliberative. |
| 162-70 | Draft charts. | 5 | Preliminary data.  Deliberative. |

| 171 | Cover e-mail of 4/7/05 from FAA official Jim Fossey to FAA official Bill Davis. Subject is "report." Attached is sample chart for report. | 5 | Preliminary data. Deliberative. |
| 172 | Draft chart: "N90 A + B Operational Error Analysis." | 5 | Preliminary data. Deliberative. |
| 173 | Draft portion of report – text and charts. | 5 | Preliminary data. Deliberative. |
| 174 | Draft charts: "Overtime Cost Per Operation" and "Operations Per Controller." | 5 | Preliminary data. Deliberative. |
| 175 | Cover e-mail of 3/1/05 from FAA employee Abigail Smith to FAA employee Shirley Miller and Smith's superiors -- FAA officials Jim Fossey, Bill Davis, and Bruce Johnson. Subject is "Final Edits to N90 Operational Assessment Introduction and Team Composition Letter." Attached document is a draft for review by and approval of superiors; it was to be reviewed and signed by Russ Chew, Chief Operating Officer. | 5 | Deliberative. |
| 176-77 | Draft portion of report: Training Finding #1. | 5 | Deliberative. |
| 178 | E-mail chain ending with e-mail of 6/1/05 from FAA official Bill Davis to FAA employees Jim Fossey and Karen Burcham. Subject is "Re: FW: background TOP NUMBERS." Attached is draft portion of report dealing with Time on Position. | 5 | Deliberative. E-mail exchange consists of deliberations regarding the contractor's data and the data in the draft report. |
| 179 | E-mail of 5/31/05 from Stan Matthews of FAA contractor Crown Consulting to FAA employee Karen Burcham. Subject is "Background." | 5 | E-mail consists entirely of draft portion of the report. |
| 180 | Draft portion of the report that was pasted into Doc. 179. | 5 | Deliberative. |
| 181 | E-mail of 5/13/05 from FAA employee Dan Kinder to FAA employees Karen Burcham and Jim Fossey. Subject is "N-90 Data." Attached is an Excel spreadsheet. | 5 | Deliberative. E-mail explains the preliminary data contained in the attachment. |
| 182 | E-mail of 5/3/05 from FAA employee Lisa Simonds to FAA employee Karen Burcham with subject "Revised FACT Chart & Narrative." Chart and narrative attached. | 5 | Deliberations on whether to include the draft chart and narrative in the report. |
| 183-85 | Draft portions of the report. | 5 | Deliberative. |
| 186 | E-mail of 3/31/05 from FAA official Jim Fossey to FAA | 5 | Deliberative. |

| | officials Bill Davis and Bruce Johnson. Subject is "DRAFT N90 INTERIM REPORT." E-mail simply transmits the draft interim report. | | |
|---|---|---|---|
| 187 | Draft "Operational Assessment Overview New York Tracon (C90)." | 5 | Deliberative. |
| 188 | Draft memo from FAA official Jim Fossey to FAA official John McCartney. Title is "Operational Assessment, New York TRACON (N90), Westbury, New York, March 2 through March 16, 2005, Phase I Report." | 5 | Deliberative. |
| 189 | Same as Doc. 188. | 5 | Deliberative. |
| 190-192 | Not at issue. | | |
| 193 | E-mail of 5/12/05 from FAA employee Ron Beckerdite to FAA official Jim Fossey. Subject is "SCT." | 5 | Preliminary data. Deliberative. |
| 194 | E-mail chain ending with e-mail of 6/1/05 from FAA official Bill Davis to FAA employee Karen Burcham. Subject is "Re: Fw: Time on Position." | 5 | Deliberative. E-mail exchange between FAA employees consists of deliberations regarding the contractor's data and the data in the then-current draft report. |
| 195 | E-mail chain ending with e-mail of 5/26/05 from FAA Chief of Staff David Mandell to FAA official Jim Fossey. Subject is "Re: Thoughts and Impressions from N90." | 5 | Deliberative. One Air Traffic Manager's thoughts and impressions concerning N90, sent to superiors. |
| 196 | E-mail chain involving FAA employees and contractors ending with e-mail of 5/19/05 from FAA contractor Peter Trapp to FAA employee Karen Burcham. | 5 | Deliberations regarding data for the report. |
| 197 | Smaller portion of e-mail chain in Doc. 196. | 5 | Deliberations regarding data for the report. |
| 198 | E-mail chain ending with e-mail of 5/13/05 from FAA contractor Peter Trapp to FAA official Jim Fossey. Subject is "Re: N90 Report." | 5 | Deliberations regarding data for the report. |
| 199 | E-mail of 5/24/05 from Stan Matthews at FAA contractor Crown Consulting to FAA employees Peggy Landgrover and Jim Fossey. Subject is "Time on Position | 5 | Discussion of what was needed for the report, problems encountered, and potential solutions. Deliberative. |

| | deliverable." | | |
|---|---|---|---|
| 200 | E-mail chain involving FAA employees ending with e-mail of 5/27/05 from FAA employee Mark Olsen to FAA official Jim Fossey. Subject is "Quality Initiative (2005) and N90. | 5 | Discussion of one finding and proposed text for inclusion in the report. Deliberative. |
| 201 | E-mail of 7/11/05 from FAA contractor Peter Trapp to FAA employee Scott Bing, with subject "TRACON software." | 5 | Request to check on and confirm or deny a quoted report from the Acting Air Traffic Manager. Deliberative. |
| 202 | E-mail chain involving FAA employees and contractor ending with e-mail of 4/30/05 from FAA contractor Peter Trapp to FAA official Bill Davis. Subject is "Re: Logistics Plan for N90 Assessment Report." Logistics Plan is attached. | 5 | Deliberations regarding draft logistics plan. Deliberative. |
| 203 | E-mail chain involving FAA employees and contractor ending with e-mail of 5/5/05 from FAA contractor Peter Trapp to FAA official Jim Fossey. Subject is "Fw: Question on N90 Report." | 5 | Chain includes questions to Chief of Staff regarding edits to the report and answers. Deliberative. |
| 204 | Portion of e-mail chain. E-mail without date from FAA official Bill Davis to FAA officials Dave Canoles and Russ Chew. Subject is "Crown and Mitre N-90 Reports." | 5 | Comments and views on independent reports. Deliberative. |
| 205 | Document of 5/3/05 titled, "Assessment of NY TRACON – HR Evaluation." Handwritten markings. | 5 | Frank assessment from human resources management to upper management concerning facility. Deliberative. |
| 206 | Document of 5/12/05 titled, "Assessment of NY TRACON – HR Evaluation." | 5 | Same as cell immediately above. Deliberative. |
| 207 | E-mail of 5/23/05 from FAA human resources official Patty Dollin to FAA employees Scott Bing and Karen Burcham, and to FAA contractor Peter Trapp. Subject is "Please give to Jim …" Attached is undated "HR ASSESSMENT and RECOMMENDATIONS NY TRACON." | 5 | Contains human resources management's assessment, findings, and recommendations. Deliberative. |
| 208 | 2nd Attachment to Doc. 207, entitled "ISSUES – NY TRACON (matrix of major issues) May 3, 2005." | 5 | Contains human resources management's assessment, findings, and |

| | | | recommendations.  Deliberative. |
|---|---|---|---|
| 209 | Draft portion of the report. | 5 | Deliberative. |
| 210 | Draft document entitled "Requirements for Final Report N90 Assessment." | 5 | Deliberative. |
| 211 | Comments and notes from interviews with N90 controllers. | 5 | Deliberative. |
| 212 | E-mail of 4/29/05 from FAA contractor Peter Trapp to FAA employees Karen Burcham and Scott Bing discussing where the team was with the report. Subject is "Overview & Executive Summary."  Draft Overview and Executive Summary are attached. | 5 | Deliberative. |
| 213 | E-mail exchange of 4/5/05 between FAA officials Bill Davis and Jim Fossey.  Subject is "Re: N90 ASSESSMENT STATUS REPORT."  Attachment is Jim Fossey's "perception of where we are at with the assessment." | 5 | Deliberative. |
| 214 | E-mail chain ending with e-mail of 5/26/05 from FAA contractor Peter Trapp to FAA employee Terry Tracy. Subject is "Re: Numbers." Discusses data still needed for the report. | 5 | Deliberative. |
| 215 | Not at issue. | | |
| 216 | FAA contract with Crown Consulting.  Date of award is 1/15/05. | 4 | Employees' hourly rate and estimated total salary for the project redacted on the ground that this information could permit competitors to raid contractor and to underbid it. |