IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL AIR TRAFFIC
CONTROLLERS ASSOCIATION,
AFL-CIO,

           Plaintiff,

-vs-                          Case No. 1:06CV00053-EGS

FEDERAL AVIATION
ADMINISTRATION,

           Defendant.
_____/

## DECLARATION OF SHEILA SKOJEC

I, Sheila Skojec, declare and state the following:

1. I am a Senior Attorney in the Office of the Chief Counsel at the Federal Aviation Administration in Washington, DC. I have worked in the Office of the Chief Counsel for more than 15 years.

2. I base my statements in this declaration on my review of records in my office, my own personal knowledge, and knowledge I have acquired through performing my official duties.

3. I was assigned to work on the above-referenced Freedom of Information Act (FOIA) case shortly after NATCA filed its complaint. Since that time, I have worked with other FAA officials and employees in collecting, reviewing, and releasing documents to NATCA.

4. In the interest of releasing all responsive, non-exempt records to NATCA as quickly as possible, we began a "rolling production" of documents, whereby we released records to NATCA as soon as they had been collected, reviewed, and redacted, in those

cases where redaction was necessary. Our first release of records to NATCA was on March 28, 2006. There were four further releases of records. They occurred on April 24, 2006, April 28, 2006, May 5, 2006, and May 8, 2006.

   5. The total production consisted of 5 boxes of records, which were in the form of paper documents and data on compact disks.

   6. We released to NATCA all reasonably segregable factual material contained in these documents. The only instances in which we did not release factual material were those in which the factual material is inextricably intertwined with the deliberative process material, commercial and financial information, or information that would invade an individual's privacy interest.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June, 2006, at Washington, DC.

*Sheila Skojec*
_____
Sheila Skojec
Senior Attorney
FAA Office of the Chief Counsel