## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL AIR TRAFFIC<br>CONTROLLERS ASSOCIATION,<br>AFL-CIO<br>1325 Massachusetts Avenue, N.W.<br>Washington, D.C. 20005<br><br>          Plaintiff,<br><br>          v.<br><br>FEDERAL AVIATION<br>ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Room 1010<br>Washington, D.C. 20591<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No.  1:06CV00053 (EGS) |

### CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The National Air Traffic Controllers Association, AFL-CIO (NATCA), the Plaintiff in the above-captioned case, hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure, for a twenty-one (21) day extension of time until August 4, 2006, within which to answer in opposition to Defendant's Motion for Summary Judgment. NATCA's opposition to the Defendant's Motion for Summary Judgment is presently due on July 14, 2006. Defendant consents to the enlargement requested in this motion.

NATCA filed this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, et seq. NATCA requested the Defendant to produce data concerning an

1

audit investigation of the New York Terminal Radar Approach Control (TRACON) facility. The information sought by NATCA included requests for information pertaining to FAA employees or contractors who participated in the audit investigation; the rationale for conducting the audit; costs; and internal correspondence relating to the audit.

The Defendant has provided NATCA with some of the requested documentation. The Defendant has also provided NATCA with a <u>Vaughn</u> index identifying the documents and detailing the FAA's justification for claimed exemptions.

In order for NATCA to verify the relevancy of the documentation provided by the Defendant and to review the <u>Vaughn</u> index and justification for claimed exemptions, NATCA is seeking an extension of its dispositive motion deadline until August 4, 2006.

The request for an extension of time is predicated on the quantity and complexity of the material under review in this matter. In addition, counsel for the Plaintiff is currently also engaged in finalizing a settlement for another case pending in this Court (<u>District No. 1-PCD, MEBA Pension Plan, et al. v. NATCA</u>, No. 05-01863) and in finalizing a settlement for a class action pending in U.S. District Court for the Northern District of Georgia (<u>NATCA, et al. v. Dental Plans, Inc., et al.</u>, No. 05-882).

This request is being made for good cause shown and not to cause undue delay of the proceedings.

To this end, NATCA proposes the following briefing schedule:

Plaintiff's Opposition                    August 4, 2006; and

Defendant's Reply                         August 24, 2006.

Respectfully submitted,

Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

Dated: July 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Consent Motion for Extension of

Time to Answer Defendant's Motion for Summary Judgment was served on July 13,

2006, by first-class mail, postage prepaid, upon the following:

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Kenneth L. Wainstein
United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Sheila Skojec, Senior Attorney
Litigation Division
Office of the Chief Counsel
600 Independence Avenue, S.W.
Washington, D.C. 20591

**RESPECTFULLY SUBMITTED,**

By: _____
Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL AIR TRAFFIC<br>CONTROLLERS ASSOCIATION,<br>AFL-CIO<br>1325 Massachusetts Avenue, N.W.<br>Washington, D.C. 20005 | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Case No.  1:06CV00053 (EGS) |
| FEDERAL AVIATION<br>ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Room 1010<br>Washington, D.C. 20591 | )<br>)<br>)<br>)<br>)<br>) | |
| _____ Defendant. _____ | ) | |

## ORDER

Upon consideration of the Plaintiff's motion, it is hereby

**ORDERED** that the Plaintiff's Consent Motion for Extension of Time to Answer

Defendant's Motion for Summary Judgment is **GRANTED**.

_____
Emmet G. Sullivan
United States District Judge
July ___, 2006

1

Copies served on the following:

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Kenneth L. Wainstein
United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Sheila Skojec
Senior Attorney
Litigation Division
Office of the Chief Counsel
600 Independence Avenue, S.W.
Washington, D.C. 20591

Marguerite L. Graf
General Counsel
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005