UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) Civ. Act. No. 06-0053 (EGS) ) |
| v. | ) ) |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) |
| Defendant. | ) |

MOTION FOR EXTENSION OF TIME TO REPLY
TO PLAINTIFF'S OPPOSITION AND OPPOSE ITS CROSS MOTION FOR
SUMMARY JUDGMENT.

The Federal Aviation Administration (FAA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure for an extension of time until Wednesday, September 20, 2006 to reply to plaintiff's Opposition and file an opposition to its Cross Motion for Summary Judgment in the aforementioned action. The FAA's pleading is currently due on Thursday, September 7, 2006. The undersigned telephoned counsel for plaintiff but was unable to reach her due to the fact that she was out of the office. A message was left on her voice mail.

This request for additional time is necessary to obtain a declaration from an outside entity regarding the competitive harm flowing from the disclosure of certain information that was redacted by the FAA in documents released to NATCA, pursuant to Exemption 4. It will also allow counsel to properly confer with the Agency.

This request is being made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334