UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO<br>1325 Massachusetts Avenue, N.W.<br>Washington, D.C. 20005<br><br>          Plaintiff,<br><br>          v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Room 1010<br>Washington, D.C. 20591<br><br>          Defendant. | Civil Case No. 1:06CV00053 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

The National Air Traffic Controllers Association, AFL-CIO ("NATCA"), the Plaintiff in the above-captioned case, hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure, for a nine (9) day extension of time until October 6, 2006, within which to reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment. NATCA's reply to the Defendant's Opposition is presently due on September 27, 2006. Defendant consents to the enlargement requested in this motion.

NATCA filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq. NATCA requested the Defendant to produce data concerning an audit investigation of the New York Terminal Radar Approach Control ("TRACON") facility. The information sought by NATCA included requests for information pertaining to FAA employees or contractors who participated in the audit investigation; the rationale for conducting the audit; costs; and internal correspondence relating to the audit.

The request for an extension of time is predicated on the quantity and complexity of the material under review in this matter. In addition, counsel for the Plaintiff is currently working on numerous legal challenges concerning the Defendant's September 3, 2006 unilateral implementation of terms and conditions of employment on approximately 15,000 federal employees in the bargaining unit of air traffic controllers represented by NATCA.

This request is being made for good cause shown and not to cause undue delay of the proceedings.

To this end, NATCA proposes the following briefing schedule:

Plaintiff's Reply                                October 6, 2006.


Respectfully submitted,

Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

Dated: September 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Consent Motion for Extension of Time for Plaintiff to Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment was served on September 26, 2006, by first-class mail, postage prepaid, upon the following:

>Heather D. Graham-Oliver
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Rudolph Contreras
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Kenneth L. Wainstein
>United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Sheila Skojec, Senior Attorney
>Litigation Division
>Office of the Chief Counsel
>600 Independence Avenue, S.W.
>Washington, D.C. 20591

**RESPECTFULLY SUBMITTED,**

By: _/s/ Marguerite L. Graf_
Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO<br>1325 Massachusetts Avenue, N.W.<br>Washington, D.C. 20005<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>800 Independence Avenue, S.W.<br>Room 1010<br>Washington, D.C. 20591<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:06CV00053 (EGS) |

## ORDER

Upon consideration of the Plaintiff's motion, it is hereby

**ORDERED** that the Plaintiff's Consent Motion for Extension of Time for Plaintiff to Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**.

_____
Emmet G. Sullivan
United States District Judge
September ___, 2006

Copies served on the following:

>Heather D. Graham-Oliver
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Rudolph Contreras
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Kenneth L. Wainstein
>United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Sheila Skojec
>Senior Attorney
>Litigation Division
>Office of the Chief Counsel
>600 Independence Avenue, S.W.
>Washington, D.C. 20591
>
>Marguerite L. Graf
>General Counsel
>National Air Traffic Controllers Association
>1325 Massachusetts Avenue, N.W.
>Washington, D.C. 20005