UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 06-53 (EGS) ) ) ) ) ) ) ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **DENIED in part and GRANTED in part**; and it is

**FURTHER ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED in part and GRANTED in part**; and it is

**FURTHER ORDERED** that the FAA shall submit a more detailed explanation of the competitive harm to Crown Consulting, or some other sufficient justification, that supports the redactions in documents 1-5 under FOIA Exemption 4.  The FAA's response is due to the Court no later than April 2, 2007.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           February 12, 2007**

1