UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) Civ. Act. No. 06-0053 (EGS) ) |
| v. | ) ) |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) |
| Defendant. | ) |

## NOTICE OF RELEASE

Plaintiff, the National Air Traffic Controllers Association, AFL-CIO (NATCA), brought this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking the release of documents pertaining to the New York Terminal Radar Approach Control Operational Assessment Overview (N.Y. TRACON Overview). The parties filed cross-motions for summary judgment. On February 12, 2007, this Court issued a Memorandum Opinion and Order granting the Defendant's motion in part and denying it in part.

The motion was denied with respect to documents 1-5, which are reports from FAA contractor Crown Consulting. The Court ordered the FAA to submit a more detailed explanation of the competitive harm to Crown Consulting in order to support the redactions of the names of the contractor's employees and subcontractors.

Now comes the Defendant, Federal Aviation Administration (FAA), and hereby notifies the Court that Crown Consulting has withdrawn its opposition to the release of the names of its employees and subcontractors, which are contained in the five (5) documents. As such, the FAA has no objection to the release of these names. Accordingly, on Friday March 30, 2007, the

names of the Crown employees and subcontractors were released to Plaintiff in PDF format.

Dated: April 2, 2007

                                           Respectfully submitted,

                                                  /s/

                                    _____
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                                  /s/

                                    _____
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney

                                                  /s/

_____
                                    HEATHER D. GRAHAM-OLIVER
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th St., N.W.
                                    Washington, D.C.  20530
                                    (202) 305-1334