UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL AIR TRAFFIC            )
CONTROLLERS ASSOCIATION,        )
AFL-CIO,                        )
                                )
            Plaintiff,           )
                                )
      v.                         )     Civ. Act. No. 06-0053 (EGS)
                                )
FEDERAL AVIATION                )
ADMINISTRATION,                 )
                                )
            Defendant.           )

## JOINT STATUS REPORT

Plaintiff, National Air Traffic Controllers Association, AFL-CIO (NATCA), and Defendant, Federal Aviation Administration (FAA), hereby file this Joint Status Report pursuant to the April 27, 2007 Order of the Court.

On March 30, 2007, Defendant released to Plaintiff the names of Crown Consulting employees and subcontractors that participated in the New York Terminal Radar Approach Control Operational Assessment Overview (N.Y. TRACON Overview). Plaintiff subsequently reviewed the released information regarding the N.Y. TRACON Overview and found the released information to be acceptable to its initial request in this respect.

1

Following Defendant's release of the above-described information, the Parties hereby jointly agree that all disputes remaining in this case are now moot and that additional proceedings are no longer required. As such, the Parties have attached for the Court's approval a Stipulation of Voluntary Dismissal.

Respectfully submitted,

Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767

And

/s/ Jeffrey A. Taylor/gf
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras/gf
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

Heather D. Graham-Oliver
Attorney for Defendant
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-1334

Dated: May 18, 2007.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Civ. Act. No. 06-0053 (EGS) |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed as follows by the Parties that:

1.  The Parties agree that all disputes remaining in this case are now moot and that additional proceedings are no longer required.

2.  In accordance with the terms of paragraph 1 and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff hereby requests a voluntary dismissal of the above-captioned matter.

[Signatures on following page]

Respectfully submitted,

_____
Marguerite L. Graf (D.C. Bar No. 455693)
Attorney for Plaintiff
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 628-5451
Fax: (202) 628-5767


/s/
_____
JEFFREY A. TAYLOR,
D.C. BAR # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney


/s/
_____
HEATHER D. GRAHAM-OLIVER
Attorney for Defendant
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-1334

Dated: May 18, 2007.